UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH PARROTT, SR.,

    Plaintiff,

v.                                          Case No. 3:20-cv-888-J-32JBT

STATE OF FLORIDA,

    Defendant.

## O R D E R

This case is before the Court on pro se Plaintiff Joseph Parrott, Sr.'s Motion to Proceed In Forma Pauperis (Doc. 3). On November 10, 2020, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 9) recommending that the motion be denied and the case be dismissed. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 9), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 9) is **ADOPTED** as the opinion of the Court.

2. The Motion to Proceed In Forma Pauperis (Doc. 3) is **DENIED**.

3. This case is **DISMISSED** without prejudice.

4. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 1st day of December, 2020.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Joseph Parrott, Sr.
Pro se Plaintiff